### FISH *v.* DUBOSE.

FISH, P. J. Where a case is pending on appeal in the superior court, the judge has no power to remand the same for trial to the court from which it was appealed. *Judgment reversed. All the Justices concur.*

Submitted October 26,—Decided November 12, 1904.

Appeal. Before Judge Holden. Hancock superior court. February 4, 1904.

Suit for rent was brought to the monthly term of the county court. A plea of recoupment was filed. The county-court judge

passed an order reciting that it appeared that the amount claimed in the plea "was more than the jurisdiction" of the county court at its monthly session, and that the case be entered on the quar-. terly term docket.    Afterwards judgment was entered against the defendant in the county court, and he appealed.    In the superior court the plaintiff demurred to the plea of recoupment, because the amount therein claimed exceeded the jurisdiction of the county court at its monthly session; whereupon the judge of that court ordered that the case· be remanded to the monthly county court and stand for trial therein.    The defendant excepted.

*R. H. Lewis*, for plaintiff in error.